UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re: **Debtor(s):**
Julie C Wright – See below for reported alias information. xxx–xx–4398
– See below for reported alias information.

Case No.: 13–47872 –A705

**CHAPTER 7**

## NOTICE OF CONTINUED MEETING OF CREDITORS AND NOTICE TO DEBTOR(S) TO PROVIDE PAYMENT ADVICE AND TAX DOCUMENTS

PLEASE TAKE NOTICE: You failed to provide payment advice and tax documents to the Trustee prior to the § 341 Meeting of Creditors as required by the federal Bankruptcy Code and by orders of this Court. This case is at risk of being dismissed. You must provide copies of these documents to the Trustee promptly on receipt of this Notice.

**Payment Advices** must be provided no later than 45 days after the petition date. This continuance does not constitute the Trustee's consent to extension of time for Debtor(s) to provide Payment Advices. **Tax Documents** must be provided no later than 7 days before the continued § 341 meeting.

Failure to provide such documents to the Trustee may result in the Trustee seeking dismissal of this case and the Court entering a dismissal order without further notice or hearing. If the case is dismissed and you request reinstatement, the Court may award costs against you as a condition of reinstatement.

The Trustee has entered the docket text below continuing the Meeting of Creditors. You should note whether you are required to appear at the continued meeting.

Meeting of Creditors Continued, Payment Advice and Tax Documents Due. Debtor(s) must appear at the 341 Meeting scheduled. Filed by Trustee Fredrich J. Cruse. 341(a) meeting to be held on 10/22/2013 at 09:30 AM at U.S. Trustee Meeting Room, Room 1.310. (Cruse, Fredrich)

First Meeting Location: 111 South Tenth Street, First Floor, Room 1.310, St. Louis, MO 63102

FOR THE COURT:

/s/Dana C. McWay
Clerk of Court

Dated: 9/26/13

**Reported Alias Information:**
Julie C Wright –
–
Rev. 12/09